IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No.   08-334 |
| ) | |
| OSCAR HENRY BEALE, JR. ) | |
|     a/k/a OSCAR BEALE ) | |
|     a/k/a O.J. BEALE ) | |
| ) | |
| Defendant ) | |

**FINAL ORDER OF FORFEITURE**

AND NOW, this  13th  day of  August , 2009, it is hereby ORDERED, ADJUDGED and DECREED that the Titan Tiger, .38 special caliber revolver, bearing serial number N025664 is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation Oscar Henry Beale, Jr., a/k/a Oscar Beale, a/k/a O.J. Beale.

s/ Terrence F. McVerry
United States District Court